**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 24, 2006

# NOTICE OF DEFICIENCY

**To:**            Gary E. Atchison
                   P. O. Box 2002
                   Montgomery, AL 36102

**From:**          Clerk's Office

**Case Style:**    Dr. Robert J. Walker v. H. Council Trenholm State Technical College, et al.

**Case Number:**   #2:06-cv-00049-SRW

**Referenced Pleading:**   Document #1
                            Complaint

The above-referenced deficient pleading was filed on 1/18/06 in accordance with amended Federal Rules of Civil Procedure 5(e).

The referenced pleading has been signed with permission. This is not acceptable in our court.

This deficiency must be corrected within ten (10) days from this date. Please submit to the Clerk's office by CONVENTIONAL means the signature page of the referenced document which contains your original individual signature, or you may come by the Clerk's office to sign the original pleading.

Please do not resubmit the entire pleading.

**PLEASE DO NOT E-FILE THE CORRECTION.**