Walker

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Shunda Robin... ☐ Agent ☑ Addressee<br>B. Received by ( Printed Name ) Shonda Robinson  C. Date of Delivery 1-23-06 |
| 1. Article Addressed to:<br><br>Anthony L. Molina<br>President<br>Trenholm State Technical College<br>1225 Air Base Boulevard<br>Montgomery, Alabama 36108<br><br>2:06cv49 (cmp/smo 20 dys) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0001 0028 1028 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Edward R. Moore_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Edward R Moore   C. Date of Delivery: 1-23-06 |
| 1. Article Addressed to:<br><br>Roy W. Johnson<br>Chancellor<br>Alabama Department of Postsecondary Education<br>401 Adams Avenue<br>Montgomery, Alabama 36104-4340<br><br>2:06cv49 (cmp/smo 20 dys) | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>1:16<br>JAN 23 2006<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0001 0028 1042 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shirley Robinson_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Shirley Robinson  C. Date of Delivery: 1-23-06<br>D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>**Trenholm State Technical College**<br>**1225 Air Base Boulevard**<br>**Montgomery, Alabama 36108**<br><br>2:06CV49 (cmp/sms 20 dys) | 2006 JAN 24  A 9: 4<br><br>3. Service Type<br>  ☑ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☑ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0001 0028 1066 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Warren

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Edward R. Moore | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Edward R. Moore | C. Date of Delivery<br>1-23-06 |
| 1. Article Addressed to:<br><br>Alabama Department of<br>Postsecondary Education<br>401 Adams Avenue<br>Montgomery, Alabama 36104-4340 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JAN 23 2006 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| 2:06cv49 (Cmp/Sms 20 dys)<br>2. Article Number<br>(Transfer from service label)   7001 1140 0001 0028 0472 | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540