**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                     TELEPHONE (334) 954-3600

January 24, 2006

# NOTICE OF CORRECTION

**To:** All Counsel of Record

**From:** Clerk's Office

**Case Style:** Dr. Robert J. Walker v. H. Council Trenholm State Technical College, et al.

**Case Number:** #2:06-cv-00049-ID-SRW

**Referenced Document:** Document #1
Complaint

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained signatures signed with permission. The corrected pdf is attached to this notice.**