IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-D |
| | ) |
| **H. COUNCIL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendants' unopposed motion for enlargement of time to submit responsive pleading, filed February 13, 2006 (Doc. No. 6), it is ORDERED that said motion be and the same is hereby GRANTED to and including March 13, 2006.

DONE this 15th day of February, 2006.

                                      /s/ Ira DeMent
                                      SENIOR UNITED STATES DISTRICT JUDGE