IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-IDM |
| | ) |
| **H. COUNCIL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Defendants' motion to dismiss and alternative motion for more definite statement, filed March 13, 2006 (Doc. No. 8), it is ORDERED that Plaintiff show cause, if any there be, on or before March 28, 2006, why said motion(s) should not be granted.

DONE this 14th day of March, 2006.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE