# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION No. 2:06cv49-ID |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE,** | ) |
| **ANTHONY MOLINA, individually and** | ) |
| in his official capacity as President, H. | ) |
| Councill Trenholm State Technical | ) |
| College, **ALABAMA DEPARTMENT** | ) |
| **OF POSTSECONDARY EDUCATION,** | ) |
| and **ROY W. JOHNSON, individually** | ) |
| and in his official capacity as Chancellor | ) |
| of the Alabama Department of | ) |
| Postsecondary Education, | ) |
| | ) |
|     **Defendants.** | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

Comes now Plaintiff Dr. Robert J. Walker, by and through his counsel of record, and moves this Honorable Court for an extension of two weeks for filing his response to Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement. In support thereof, Plaintiff shows the following:

    1.    On March 13, 2006, Defendants filed their Motion to Dismiss and Alternative Motion for More Definite Statement setting forth several grounds to

support the same.

2. Pursuant to this Court's March 14, 2006, Order, Plaintiff's response to said Motion is currently due on March 28, 2006.

3. Since Defendants filed said Motion, Plaintiff's counsel have been involved in previously scheduled conflicts, which has prevented them from fully responding to said Motion.

4. Plaintiff's counsel contacted Defendants' counsel, Margaret Fleming, and she does not oppose an extension of the date by two weeks for Plaintiff to respond to said Motion.

Wherefore, for the above reasons, Plaintiff respectfully requests that this Court grant his Motion and that he be allowed an extension of two (2) weeks in which to respond to Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement, which would make Plaintiff's Response due on or before April 11, 2006.

    Respectfully submitted,

    /s/ Candis A. McGowan
    Candis A. McGowan (ASB-9358-036C)

**OF COUNSEL:**
**JOHN D. SAXON, P.C.**
2119 3rd Avenue North
Birmingham, Alabama  35203
Telephone:   (205) 324-0223
Facsimile:    (205) 323-1583
Email:        cmcgowan@saxonattorneys.com

/s/ Nancy E. Perry
Nancy E. Perry (ASB 3929-R76N)

P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:      (334) 834-9790
Facsimile:       (334) 834-7034
Email:            nancyp@alaedu.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March 2006, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Margaret L. Fleming
Assistant Attorney General
Winfield J. Sinclair
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152

/s/ Candis A. McGowan
Of Counsel