IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-ID |
| | ) |
| **H. COUNCIL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's unopposed motion for extension of time, filed March 27, 2006, it is ORDERED that said motion be and the same is hereby GRANTED and that the time for Plaintiff to file a response to Defendants' motion to dismiss and alternative motion for more definite statement be and the same is hereby EXTENDED to and including April 11, 2006.

DONE this 28th day of March, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE