IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JUN -5 A II: 26

| | |
|---|---|
| DR. ROBERT J. WALKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 2:06-cv-00049-ID-SRW |
| ) | |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE, et. al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

**COMES NOW**, Monica L. Arrington, and enters this Notice of Appearance, for and on behalf of Plaintiff, Dr. Robert J. Walker, and requests that she be entered on record as co-counsel with mailing address of Post Office Box 250091, Montgomery, Alabama 35125-0091; telephone 334-270-2007; facsimile: 334-270-2720; and E-mail address: arringtonmon@aol.com.

**RESPECTFULLY SUBMITTED** this the 5th day of June 2006.

_____
MONICA L. ARRINGTON (ASB-3155-G70M)
Co-counsel for Plaintiff
P.O. Box 250091
Montgomery, Alabama 36125-0091
334-270-2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2006, a copy of the foregoing was served upon the following attorneys by way of United States First Class Mail postage prepaid and properly addressed as follows:

Margaret L. Fleming  
Assistant Attorney General  
Winfield J. Sinclair  
Assistant Attorney General  
Office of the Attorney General  
11 S. Union Street  
Montgomery, Alabama 36130-0152  

Joan Yvette Davis  
Alabama Department of Postsecondary Education  
P.O. Box 302130  
Montgomery, Alabama 36130-2130  

Monica L. Arrington (ARR-003)