## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO.: 2:06-cv-ID-SRW** |
| | ) |
| **H. COUNCILL TRENHOLM** | ) |
| **STATE TECHNICAL COLLEGE,** | ) |
| **and ANTHONY MOLINA,** | ) |
| **individually and in his official** | ) |
| **capacity as President, H. Councill** | ) |
| **Trenholm State Technical College,** | ) |
| | ) |
| **Defendants.** | ) |

### MOTION TO FILE AMENDED COMPLAINT

Comes now Plaintiff Dr. Robert J. Walker, by and through his counsel of record, and moves this Honorable Court to allow him to file the attached Amended Compliant. In support thereof, Plaintiff shows the following:

1.     On August 23, 2006, this Honorable Court entered its Order on Defendants' Motion to Dismiss and Alternative Motion for More Definite Statement. In this Order, the Court dismissed some of plaintiff's claims against certain defendants and further ordered plaintiff to amend his Complaint by September 6, 2006.

2.     Pursuant to the Court's Order of August 23, 2006, plaintiff has amended his Complaint to comply with the same. Attached as Exhibit "A" is

plaintiff's Amended Complaint.

Wherefore, for the above reasons, Plaintiff respectfully gives notice of filing this Amended Complaint.

Respectfully submitted,

/s/ Candis A. McGowan
Candis A. McGowan (ASB-9358-036C)

**OF COUNSEL:**
**JOHN D. SAXON, P.C.**
2119 3rd Avenue North
Birmingham, Alabama  35203
Telephone:   (205) 324-0223
Facsimile:        (205) 323-1583
Email:             cmcgowan@saxonattorneys.com

/s/ Nancy E. Perry
Nancy E. Perry (ASB 3929-R76N)

P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:   (334) 834-9790
Facsimile:        (334) 834-7034
Email:             nancyp@alaedu.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September 2006, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Margaret L. Fleming
Assistant Attorney General
Winfield J. Sinclair
Assistant Attorney General
Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


/s/ Candis A. McGowan
Of Counsel