**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DR. ROBERT J. WALKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 2:06cv49-ID** |
| | ) |
| **H. COUNCILL TRENHOLM STATE** | ) |
| **TECHNICAL COLLEGE, ET AL.,** | ) |
| | ) |
| **Defendants** | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1.    **Appearances**.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 27, 2006, via telephone, and was attended by:

a.    Candis A. McGowan, Birmingham, Alabama; and Nancy E. Perry, Montgomery, Alabama on behalf of the plaintiff Dr. Robert J. Walker.

b.    Winfield J. Sinclair, Montgomery, Alabama on behalf of defendants H. Councill Trenholm State Technical College and Anthony Molina.

2.    **Pre-Discovery Disclosures**.  The parties will exchange by November 1, 2006, the information required by Fed R. Civ. P. 26(a)(1).

3.    **Discovery Plan**.  The parties jointly propose to the court the following discovery plan:

A.    Discovery will be needed on the following subjects:

(1)    Plaintiff's claims in the Complaint, and
(2)    Defendants' defenses as alleged in the Answer.

B.   All discovery commenced in time to be completed by May 22, 2007.

C.   Maximum of thirty (30) interrogatories, including subparts, by each party to any other party. Responses due thirty (30) days after service.

D.   Maximum of fifty (50) requests for production, including subparts, by each party to any other party. Responses due thirty (30) days after service.

E.   Maximum of twenty (20) requests for admission, with no subparts allowed, by each party to any other party. Responses due thirty (30) days after service.

F.   Maximum of ten (10) depositions by plaintiff and ten (10) by defendants. Each deposition is limited to maximum of seven (7) hours unless extended by agreement of parties.

G.   Report from retained experts under Rule 26a)(2) due:

(1) from plaintiff by February 1, 2007;

(2) from defendants by March 1, 2007.

H.   Supplements under Rule 26(e) are due 30 days before the close of discovery, or as soon as reasonably possible after the information and documents are discovered.

4.   **Other Items**.

A.   The parties do not request a conference with the court before entry of the scheduling order.

B.   The plaintiff should be allowed until January 2, 2007, to join additional parties and until January 31, 2007, to amend the pleadings.

The defendants should be allowed until January 16, 2007, to join additional parties and until February 15, 2007, to amend the pleadings.

C.    All potentially dispositive motions should be filed by June 20, 2007.

D.    Settlement cannot be evaluated prior to February 15, 2007.

E.    The parties request a final pretrial conference in September 2007.

F.    Plaintiff requests that final lists of witnesses and exhibits under Rule 26(a)(3) should be due thirty (30) days prior to trial, while defendants request that final lists of witnesses and exhibits should be due from plaintiff, forty-five (45) days prior to trial and from defendants, thirty (30) days prior to trial.

G.    Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

H.    The case should be ready for trial by November 2007, and at this time is expected to take approximately 3-4 days.

Date: September 27, 2006

Respectfully submitted,


/s/ Candis A. McGowan
Candis A. McGowan
Attorney for Plaintiff Dr. Robert J. Walker

**OF COUNSEL:**
**JOHN D. SAXON, P.C.**
2119 3rd Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 324-0223
Facsimile:  (205) 323-1583
Email:      cmcgowan@saxonattorneys.com

/s/ Nancy E. Perry
Nancy E. Perry
P.O. Box 4177
Montgomery, AL  36103-4177
Telephone:          (334) 834-9790
Facsimile:          (334) 834-7034
Email:              nancyp@alaedu.org


**ATTORNEY FOR DEFENDANTS:**

/s/ Winfield J. Sinclair
Winfield J. Sinclair
Office of the Attorney General
11 South Union Street
Montgomery, AL  36130-0152
Telephone:          (334) 242-7300
Facsimile:          (334) 353-8440
Email:              wsinclair@ago.state.al.us