**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **DR. ROBERT J. WALKER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:06-CV-49-SRW |
| ) | |
| **H. COUNCILL TRENHOLM STATE** ) | |
| **TECHNICAL COLLEGE, et al.,** ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

The undersigned, Robert T. Meadows III and Christopher W. Weller of the law firm of Capell & Howard, P. C., hereby give notice of their appearance as additional counsel for Defendants, and request that all pleadings, notices, and correspondence be directed to their attention at the addresses below.

                                              Respectfully submitted,

                                              s/Robert T. Meadows III
                                              Robert T. Meadows III (MEA012)

OF COUNSEL:
Capell & Howard, P.C.
Skyway Professional Center
3120 Frederick Road, Suite B (36801)
Post Office Drawer 2268
Opelika, AL  36803
Telephone:  (334) 501-1540
Facsimile:  (334) 501-4512

                        s/ Christopher W. Weller
                        Christopher W. Weller (WEL020)

OF COUNSEL:
Capell & Howard, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone (334) 241-8048
Facsimile (334) 241-8248


Troy King, Attorney General
Margaret L. Fleming, Assistant Attorney General
Winfield J. Sinclair, Assistant Attorney General
Office of Attorney General
11 S. Union Street
Montgomery, AL 36130-0152


Joan Y. Davis
Alabama Department of Postsecondary Education
401 Adams Avenue, Suite 280
Montgomery, AL 36104


## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served upon each of the following persons electronically via CM/ECF filing system on this the 2nd day of January, 2007:

| | |
|---|---|
| Candis A. McGowan<br>John D. Saxon, P.C.<br>2119 3rd Avenue North<br>Birmingham, AL 35203 | Nancy E. Perry<br>P. O. Box 4177<br>Montgomery, AL 36103-4177 |
| Gary E. Atchison<br>P. O. Box 2002<br>Montgomery, AL 36102 | Monica Arrington<br>P. O. Box 250091<br>Montgomery, AL 36125 |

                        s/Robert T. Meadows, III
                        Robert T. Meadows, III