IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| DR. ROBERT J. WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v. ) | |
| ) | 2:06-CV-49-D |
| H. COUNCILL TRENHOLM STATE ) | |
| TECHNICAL COLLEGE; et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW**

  Winfield J. Sinclair and Margaret L. Fleming respectfully move this Honorable Court for leave to withdraw as counsel for Defendants H. Councill Trenholm State Technical College ("Trenholm State"), and Anthony Molina. As grounds therefor, the following is stated:

  1. On January 2, 2007, Robert T. Meadows, III and Christopher W. Weller of the law firm of Capell & Howard, P.C. appeared as counsel for said defendants in this cause.

  2. As the defendants are represented by said counsel, the defendants will not be prejudiced by this withdrawal.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

**Margaret L. Fleming (FLE 001)**
Assistant Attorney General

**s/Winfield J. Sinclair (SIN 006)**

Winfield J. Sinclair
Assistant Attorney General

Office of the Attorney General
11 S. Union Street
Montgomery, AL 36130-0152
TEL: 334-242-7300
FAX: 334-353-8440
E-Mail: wsinclair@ago.state.al.us

# **CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of January, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

| | |
|---|---|
| Candis A. McGowan, Esquire<br>John D. Saxon, P.C.<br>2119 3rd Ave. North<br>Birmingham, Alabama 35203 | Gary E. Atchison, Esquire<br>P.O. Box 2002<br>Montgomery, Alabama 36102 |
| Nancy E. Perry, Esquire<br>Alabama Education Association<br>P.O. Box 4177<br>Montgomery, Alabama 36103-4177 | Monica Arrington, Esquire<br>P.O. Box 250091<br>Montgomery, Alabama 36125 |
| Robert T. Meadows, III, Esquire<br>Capell & Howard, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102 | Christopher W. Weller, Esquire<br>Capell & Howard, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama 36102 |

**s/Winfield J. Sinclair**

Winfield J. Sinclair
Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us