IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-ID |
| | ) |
| H. COUNCIL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the motion to withdraw as counsel, filed on January 3, 2007 (Doc. No. 23), by Winfield J. Sinclair and Margaret L. Fleming, and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 4th day of January, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE