# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-49-ID-SRW |
| | ) |
| H. COUNCILL TRENHOLM | ) |
| STATE TECHNICAL COLLEGE, | ) |
| and ANTHONY MOLINA, | ) |
| individually and in his official | ) |
| capacity as President, H. Councill | ) |
| Trenholm State Technical College, | ) |
| | ) |
|     Defendants. | ) |

### NOTICE FOR CHANGE OF FIRM ASSOCIATION AND ADDRESS

Comes now Candis A. McGowan, one of the attorneys of record, and files this Notice for Change of Firm Association and Address. Effective January 27, 2007, Ms. McGowan will no longer be associated with the firm of John D. Saxon, P.C., and said law firm will have no further association with this case. Effective January 27, 2007, Ms. McGowan's new firm association and address will be as follows:

> Candis A. McGowan, Esq.
> Wiggins, Childs, Quinn & Pantazis
> The Kress Building
> 301 - 19th Street North
> Birmingham, Alabama 35203
> Telephone Number:  205-314-0500
> Facsimile Number:  205-254-1500
> Respectfully submitted,

/s/ Candis A. McGowan
Candis A. McGowan (ASB-9358-036C)


**OF COUNSEL:**
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 - 19th Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500
Facsimile: (205) 254-1500
Email: cmcgowan@wcqp.com

/s/ Nancy E. Perry
Nancy E. Perry (ASB 3929-R76N)

P.O. Box 4177
Montgomery, Alabama 36103-4177
Telephone:        (334) 834-9790
Facsimile:        (334) 834-7034
Email:            nancyp@alaedu.org

/s/ Monica Arrington
Monica Arrington (ASB-3155-G70M)

P. O. Box 250091
Montgomery, Alabama 36125-0091

/s/ Gary E. Atchison

P. O. Box 2002
Montgomery, Al 36102-2002

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January 2007, I served a copy of the above and foregoing upon the following attorneys by electronically filing the same with the CM/ECF system, which will send electronic notice of same to:

Robert T. Meadows, III
Christopher W. Weller
Capell & Howard, P.C.
Shyway Professional Center
3120 Frederick Road
Suite B(36801)
Post Office Drawer 2268
Opelika, AL 36803
Email:rtm@chlaw.com


/s/ Candis A. McGowan
Of Counsel