IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-ID |
| | ) |
| H. COUNCIL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon CONSIDERATION of Defendants' motion to consolidate (Doc. No. 28), in which Defendants move the court to consolidate civil actions numbers 2:06cv48-ID and 2:06cv49-ID, it is ORDERED that Plaintiff Dr. Robert J. Walker show cause, if any there be, on or before February 23, 2007, why said motion should not be granted.

DONE this 13th day of February, 2007.

                                        /s/ Ira DeMent
                                        SENIOR UNITED STATES DISTRICT JUDGE