IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | | |
|---|---|---|
| DR. ROBERT J. WALKER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | |
| H. COUNCILL TRENHOLM STATE | ) | 2:06-CV-49-ID-SRW |
| TECHNICAL COLLEGE; ANTHONY | ) | |
| MOLINA, individually and in his official | ) | |
| capacity as President, H. Councill | ) | |
| Trenholm State Technical College, | ) | |
| | ) | |
|     Defendants. | ) | |

<u>**REPORT OF PARTIES' SETTLEMENT CONFERENCE**</u>

COME NOW the Defendants, H. Councill Trenholm State Technical College and Anthony Molina, deceased, by and through their undersigned attorneys, and make known to the Court that as a result of the settlement conference between the parties, this matter has been settled. The parties respectfully request fourteen (14) days within which to submit the appropriate settlement documents for consideration by this Court.

        Respectfully submitted,


        <u>*/s/ Robert T. Meadows, III*</u>
        ROBERT T. MEADOWS, III
        Attorney for the Defendants

OF COUNSEL:

Capell & Howard, P.C.
3120 B. Frederick Road 36801
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone: (334) 501-1540
Facsimile: (334) 501-4512
Email: rtm@chlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing has been furnished by the CM/ECF system or U.S. Mail on this the 19th day of July, 2007 to the following:

Mr. Gary E. Atchison, Esq.
Attorney at Law
P.O. Box 2002
Montgomery, Alabama 36102-2002

Ms. Monica Arrington, Esq.
Attorney at Law
P.O. Box 250091
Montgomery, Alabama 36125-0091

Ms. Nancy Perry, Esq.
Alabama Education Association
P.O. Box 4177
Montgomery, Alabama 36103-4177

Ms. Candis A. McGowan, Esq.
Wiggins, Childs, Quinn & Pantazis
The Kress Building
301 19th Street
Birmingham, Alabama 35203

*/s/ Robert T. Meadows, III*
OF COUNSEL