IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-ID |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties have advised the court that they have reached a settlement in the above-styled case. (See Doc. No. 35.) Accordingly, it is CONSIDERED and ORDERED that the parties file a joint stipulation of dismissal on or before August 3, 2007.

Done this 19th day of July, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE