IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

DR. ROBERT J. WALKER,

    Plaintiff,

v.

H. COUNCILL TRENHOLM STATE TECHNICAL,

    Defendants,

CASE NO. 06-cv-49-SRW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dr. Robert J. Walker, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[■] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

7/26/2007
Date

(Signature)

**Candis A. McGowan**
(Counsel's Name)

**Dr. Robert J. Walker, Plaintiff**
Counsel for (print names of all parties)

Wiggins, Childs, Quinn & Pantazis, The Kress Building, 301 - 19th Street
Birmingham, Alabama 35203
Address, City, State Zip Code

(205) 314-0513
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____SOUTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Candis A. McGowan_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 26____ day of July_____ 20 07, to:

Robert T. Meadows, III

Christopher W. Weller

Capell & Howard, P.C.

Skyway Professional Center

3120 Frederick Road Suite B

Opelika, AL 36801

7/26/2007
Date

_____
Signature