IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
|    *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 2:06-CV-49-ID |
| | ) |
| TRENHOLM STATE TECHNICAL | ) |
| COLLEGE, et al., | ) |
| | ) |
|    *Defendants.* | ) |

### JOINT STIPULATION OF DISMISSAL

COME NOW the parties by and through their undersigned attorneys of record and respectfully stipulate that this cause may be dismissed with prejudice with costs taxed as having been paid on the grounds that this matter has been settled by and between the parties.

Respectfully submitted,

_____
Candis A. McGowan
Attorney for the Plaintiff

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis
The Kress Building
Three Hundred One-Nineteenth Street North
Birmingham, Alabama 35203
Telephone: (205) 314-0500

*/s/ Robert T. Meadows, III*
Robert T. Meadows, III
Christopher W. Weller
Attorneys for the Defendants

OF COUNSEL:

Capell & Howard, P.C.
3120 B. Frederick Road (36801)
P.O. Drawer 2268
Opelika, Alabama 36803-2268
Telephone: (334) 501-1540