IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. ROBERT J. WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv49-ID |
| | ) |
| H. COUNCILL TRENHOLM STATE | ) |
| TECHNICAL COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon CONSIDERATION of the joint stipulation of dismissal, filed August 3, 2007 (Doc. No. 39), it is ORDERED that the above-styled cause be and the same is hereby DISMISSED with prejudice, with costs taxed as paid.

Done this 3rd day of August, 2007.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE